UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **LEROY J. BLAZE, JR.** | **CIVIL ACTION NO. 16-1552** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MCMORAN OIL & GAS, LLC, ET AL.** | **MAG. JUDGE PATRICK J. HANNA** |

## JUDGMENT OF DISMISSAL

Upon consideration,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Dismiss Without Prejudice [Doc. No. 33] is **GRANTED**, and his claims against Defendant Swivel Rental & Supply, L.L.C. are **DISMISSED WITHOUT PREJUDICE.** Plaintiff's claims against all other Defendants remain pending.

MONROE, LOUISIANA, this 31st day of January, 2017.

_[signature: Robert G. James]_

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE