UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LEROY J. BLAZE, JR. | CIVIL ACTION NO.  6:16-cv-1552 |
| VERSUS | MAGISTRATE JUDGE HANNA |
| MCMORAN OIL & GAS, LLC., ET AL. | BY CONSENT OF THE PARTIES |

## ORDER

Considering the plaintiff's third amended complaint in which the plaintiff concedes there is no evidence of causation and does not pray for relief against Eaton Oil Tools, Inc. [Rec. Doc. 67] and the plaintiff's certificate of no opposition to Eaton Oil Tools, Inc.'s pending motion for summary judgment [Rec. Doc. 80] and motion to dismiss [Rec. Doc. 104], Eaton Oil Tools, Inc. is no longer a party to this case being prosecuted by the plaintiff. Accordingly,

IT IS ORDERED that all claims against Eaton Oil Tools, Inc. are dismissed.

IT IS FURTHER ORDERED that Eaton Oil Tools, Inc.'s motion for summary judgment [Rec. Doc. 56] and motions to dismiss [Rec. Docs. 96, 97, and 101] are DENIED AS MOOT.

Signed at Lafayette, Louisiana on this 25th day of January 2018.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE