# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **LEROY J BLAZE JR** | **CASE NO. 6:16-CV-01552** |
| **VERSUS** | **MAGISTRATE JUDGE HANNA** |
| **MCMORAN OIL & GAS LLC ET AL** | **BY CONSENT OF THE PARTIES** |

## JUDGMENT

For the reasons explained in the foregoing memorandum ruling, Danos, LLC's motion for summary judgment (Rec. Doc. 147) is hereby GRANTED; all claims of the plaintiff, Leroy J. Blaze, Jr., against Danos, LLC are hereby DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Lafayette, Louisiana on this 10th day of October, 2018.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE