# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

LEROY J. BLAZE, JR.,
    Plaintiff,

vs.                                        CIVIL ACTION NO.: 6:16-cv-01552

MCMORAN OIL & GAS, L.L.C.,
GIL RESOURCES, INC.,                    JUDGE: ROBERT G. JAMES
EAGLE CONSULTING, L.L.C.,
TOTAL SAFETY U.S., INC.,               MAG. JUDGE: PATRICK J. HANNA
SWIVEL RENTAL & SUPPLY, L.L.C.,
EATON OIL TOOLS, INC.
    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

Considering the above and forgoing Joint Motion and Order of Dismissal,

IT IS ORDERED that the Joint Motion and Order of Dismissal is hereby granted.

Lafayette, Louisiana, on this 27th day of February, 2019.

_____
UNITED STATES ~~DISTRICT~~ JUDGE